UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE O.N. EQUITY SALES COMPANY,

    Plaintiff,

v.                                          CASE NO: 8:07-cv-1091-T-23TGW

ALLEN SAMUELS, individually and on
behalf of INTERNATIONAL TRADING
AGENCY, INC.,

    Defendant.
_____/

**ORDER**

      Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the following motions were referred to the United States Magistrate Judge for a report and recommendation: (1) the plaintiff's motion for preliminary injunction (Doc. 7); (2) the plaintiff's motion to consolidate preliminary injunction hearing with trial on the merits (Doc. 8); (3) the plaintiff's motion for an order authorizing the parties to engage in immediate discovery on the issue of arbitrability (Doc. 11); (4) the defendant's motion to compel arbitration (Doc. 13); (5) the defendant's motion for protective order (Doc. 14); and (6) the plaintiff's motion (Doc. 33) for an order precluding summary disposition of the defendant's motion to compel arbitration pending discovery on the issue of arbitrability. Following the Magistrate Judge's November 30, 2007, report and recommendation (Doc. 41), the plaintiff objects (Doc. 43) and the defendant responds (Doc. 45) in opposition to the plaintiff's objections.

A <u>de novo</u> determination of those portions of the report and recommendation to which the plaintiff objects reveals that the objections either are unfounded or otherwise require no different resolution of the motion.  Accordingly, the plaintiff's objections (Doc. 43) are **OVERRULED** and the Magistrate Judge's report and recommendation (Doc. 41) is **ADOPTED**.  The following motions are **DENIED**:

- the plaintiff's motion for preliminary injunction (Doc. 7);

- the plaintiff's motion to consolidate preliminary injunction hearing with trial on the merits (Doc. 8);

- the plaintiff's motion for an order authorizing the parties to engage in immediate discovery on the issue of arbitrability (Doc. 11);

- the defendant's motion for protective order (Doc. 14); and

- the plaintiff's motion (Doc. 33) for an order precluding summary disposition of the defendant's motion to compel arbitration pending discovery on the issue of arbitrability.

The  defendant's motion to compel arbitration (Doc. 13) is **GRANTED**.  Pursuant to 9 U.S.C. § 4, the parties are directed to proceed to arbitration in accordance with the terms of the arbitration agreement, and this action is **STAYED** pending arbitration.  The Clerk is directed to terminate any pending motion and **ADMINISTRATIVELY CLOSE** the case.

ORDERED in Tampa, Florida, on January 8, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE